# Thomas Westwood

431 Sweetgum Dr.
Woodstock GA. 30188
(770) 924-1282

DEC 2 0 2007

Eastern District of Kentucky
FILED
DEC 2 1 2007
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

14 Nov 07

The Honorable Judge Bunning
in re Paul J. Westwood
c/o Gregory A. Keyser
Phillips Law Firm, Inc.

Judge Bunning:

My son, Paul, will appear before you in the near future to hear your sentencing decision regarding the charges which have been brought against him. My heart is heavy with the pain that I share with him as he has tried to understand how his actions have prompted the series of events which have ensued from the evening he was arrested.

*Paul has never been one to mix with groups of people, not even during family reunions. He was always seen standing in the background watching. But let someone be troubled, then he was, at once, ready to lend an ear and try to help.*

*He has always had an uncanny ability to hear an instrument that was slightly off pitch during a concert in a large auditorium, and none of his family could ever understand how he was able to detect such. Let it be noted that I now understand more about this ability with Dr. Granacher's diagnosis of Paul's having a condition of autism spectrum disorder with Asperger's features.*

*Paul had a difficult time in school in classroom environments and barely graduated from highschool, yet in a one-on-one situation with a tutor, he excelled.*

Paul has never been arrested before, has never run away, has always been an extremly hard worker and has been a joy for a father to know. He is astute enough to know that he is different, but has no idea why. Paul is crying out for answers.

Dr. Granacher's testing, the MRI results and his report, which I am sure you have read, have given Paul and our family some insights into Paul's psyche that we have never before had. Paul is now seeing a therapist every week and is on some medication which was suggested by Dr. Granacher. I feel very strongly that if Paul can continue the therapy and the medication, he will be a far greater asset to society than incarceration will promote. Paul's family pledges continued support to ensure his continuing the program of therapy and medication which he is now on and which is making a difference in his life.

Respectfully,

*Thomas Westwood*

Thomas Westwood

**From:** Shirley [mailto:sawestwood@comcast.net]
**Sent:** Wednesday, December 05, 2007 8:35 PM
**To:** Gregory A. Keyser
**Subject:** Paul Westwood

December 3, 2007

From:   Shirley Westwood

To:     Gregory Keyser
       The Honorable Judge David Bunning
       Brian Christie

Gentlemen:

I am the mother of Paul Westwood who is scheduled for Sentence Hearing on January 4, 2008. Gregory Keyser, Paul's attorney, has suggested that some information about Paul might be helpful as you consider the most efficacious decisions regarding Paul's future and his mental needs. Paul's history spans 46 years and includes many facets of his life. so brevity might not be possible.

## Infancy

My pregnancy (in 1961) with Paul was stressful and included weeks of false labor, two attempts by the obstetrician to induce an early labor...unsuccessfully. Finally, labor ensued and was quick, intense and traumatic for all concerned. I mention this in case the procedures used then have any bearing on the current diagnosis by Dr. Grannacher...e.g., did the quinine used affect Paul, did the force of the rapid and intense labor affect Paul and did the stressful months affect Paul? I was going through a difficult decision about my marriage and had been under stress for several years as I weighed the effect a divorce would have on my 3 children. I don't believe this problem has any bearing on your determinations...however, it certainly did on Paul's well-being as an 8 year old boy with a mental disability when we divorced in 1969 and on the problems he faced in his future years.

At birth, Paul exhibited a slight bluish color, pronounced jerking, whimpering and fussiness, this was also observed by two veteran nursery nurses at the hospital, Miss Hattie and Miss Jenny! They both came to me with their concerns and I questioned both the obstetrician and pediatrician about the significance of our observations. The doctors dismissed it as "motherly concern" and assured me it would pass. It didn't. As a baby and toddler Paul continued to concern me. He was slow to talk, slow to walk and drug his right foot when he was in a walker, was fussy and seemed always to be stressed and frustrated. An orthopedist wanted to perform surgery on his feet, taking bones from his hips and placing him in braces. I questioned the prognosis..."he'll be crippled for life", was the reply. We did not allow the surgery. He eventually walked but with a stiffness from his hips (a factor in Asperger Syndrome) Paul rocked on his hands and knees in his crib and later in his bed, banging his head on the headboard...it wore the top of his head hairless for years. He also continued to wet the bed until he was about 10 years old. Years of questioning doctors and seeking help continued throughout all of Paul's life. He had difficulty in his relationships with other children, his siblings and extended family because he was considered "different". His Asperger Syndrome, a part of the Autism Spectrum, diagnosed just this year, was evident throughout his entire life...but then no one had a name for it (it was a result of research in the 1990's...Paul was in his mid thirties! We learned about it this year...he's 46 now).

## Education

Paul had difficulty in school...always. Teachers called him inattentive, restless, sometimes acting silly, unable to make decent grades, anti-social, etc. His grades were low, except for music and history ...sometimes math was good. He was compulsive in all he did...had to finish a task or whatever he was doing...uneasy and nervous if he couldn't. He spent hours in concentrated attention to collections, taping TV sit-coms which he memorized word-for-word and mouthed the dialogues when he replayed the

tapes...for years! He loves to catalogue and make collections...everything must be alphabetical and chronological...facets of the Asperger Syndrome. Today, he has learned to program his tasks and will not deviate from his written schedule...he doesn't want to be distracted from the plan he has developed. He is getting better and better at this.

We divorced when Paul was 8. His problems in learning was a constant.

When Paul was in Jr. High, I saw, one night on television, a documentary, They, too, Can Learn, which was produced at Children's Hospital in Philadelphia. I was teaching at Glassboro State College in Glassboro, New Jersey...18 miles from Philadelphia. As I watched the children, I cried..*they were Paul*!! For example: if the teacher in the film told the children to take out their books, open it to page 28 and do the first 10 problems on the left-hand page... a child with a disability like Paul's would not be able to follow the instructions. When the teacher confronted and scolded the child for his failure to follow her instructions and asked him why, the student responded..."I don't know which book you mean". The teacher continued to scold, saying, "this is math class...it is your math book". But, the disabled (AS) child cannot reason normally...and always has problems following instructions...in school, on the playground, at home, on the job...he (and Paul) just doesn't process the information and take the appropriate action because he *can't*. He is scolded, disciplined by the teacher and ridiculed and teased by other students. He withdraws...always...and continues to function in his own world, unable to function in a "normal world"...whatever that is. Dr. Grannacher's report describes these tendencies.

The day following the broadcast of the documentary, having made a note of the hospital, the doctor and any other information which would help me, I called Children's Hospital, spoke with the doctor who said, "We can test and help Paul...bring him over". I did...and they did. After testing, they made arrangements for Paul to be seen by professionals at the New Jersey Association for Children with Learning Disabilities. A coincidence was that their center was at Glassboro State College...where I taught! God truly does provide! Paul entered into an 8 week program that summer, including counseling, evaluations and one-on-one tutorials with a wonderful young man, Tom Di Biaso. They bonded. At the conclusion of many classes, meetings, therapy sessions...both for Paul and for me (to help program him)...he was diagnosed as "*learning impaired*". In the 1970's they were handicapped in labeling a disability because it was still so new to the professionals. Many children were labeled: "Learning Disabled" or ADHD, or, in Paul's case, *Perceptually Impaired*...which Aspergers is not. NJACLD recommended special education teachers and classes when Paul returned to the public school system, where, again, we were told that there was not a special ed. teacher since none of the children needed one! I continued my association with NJACLD as a resource for helping Paul and so that I could better understand his special needs.

I programmed Paul at home...things like a routine of rituals: brush your teeth, comb your hair, take a bath, get dressed, eat breakfast, brush teeth again, take your books and lunch, go to school...after school, another routine...always in a prescribed order. He had a chart on which to plot his day. Our lives were as programmed as Paul's...not a bad thing in retrospect!! I still program my day!

The following summer, I was offered a professorship at the Univ. of Colorado in Boulder. When I flew out to interview, I had made previous appointments with the Boulder High School principal, teachers, the special education coordinator, special ed teachers, band director, etc. My decision to move to Boulder was, finally, because of their fine programs and their assurances that Paul would receive the help he needed...and he did! It was the best time of his life...teachers who loved him and wanted to see him succeed...they did anything he needed to see that he learned. both in regular classes half-day and in the special ed core classes the other half. His best grades were at the NJCLD center and at Boulder High School. He joined the marching band...probably the most important experience in his life...they won state championships, Paul was a member of the Percussion Line...heroes at the school...Scottish Kilts and all...and he loved his band director, Chuck Cassio, whom Paul wanted to emulate by becoming a band director/teacher. He played triple drums...had the first "buddy" of his life...Mitch McConnell, who still corresponds with and exchanges calls with Paul. While at BHS, Paul also took some classes as the technical school...which he loved. (According to Paul, he would like, today, to take training in some vocational field...building trades or park ranger/employee in the National Park or State Park network. He worked one year at Zion's Park in Utah when he was in his thirties). One of the decisions I made, which I

regret deeply, was to leave Boulder a few years later for a career "plum"...appointment to the music faculty at the College Conservatory of Music of the University of Cincinnati. It was a wonderful career step for me, but it meant taking Paul out of the high school where he was so happy. CCM would not hold the job one year until he graduated. I thought it was vital to make the move professionally. Now, at 75, I think it was not all that earth shattering!! (And, here I am...back in Colorado...my spiritual home...and where Paul believes he wants to come to rebuild his life.)

## Adulthood

I believe that the lack of a father and male model has resulted in a loss in Paul's life created by this circumstance. He has, through the years, bonded with a band director, a youth pastor at church, a single buddy, an employer...he has never been comfortable in a group of peers or in a larger than 1-2 relationship....typical of someone with AS. His father has been married four times, had numerous girl-friends and spent the years of Paul's childhood and adolescence, chasing his own need for identity. It affected all three of our children. "It must be ok if Dad's doing it". I don't infer that Paul's mental disability was a result of a broken home. Dr. Grannacher has reported that the damage to Paul's brain happened inutero...and is the result of abnormal gene mutation. But, his father's absence, and for many years the model of a "swinger-dad" had it's effect on some of the decisions made and self-standards set by the children. It happens in many divorced families. It's just the way it was. Paul had a stable home (albeit with one parent, who was trying to build a family-supporting profession, completing graduate degrees to qualify for better jobs, being housekeeper, cook, mom, etc, while doing always what I thought was the best for the children...sometimes I was right, sometimes I was wrong...but my motives and standards were always to be the best single parent I could be).

As an adult, Paul has had years of frustration and disappointment, because he cannot function as "normal". His decision- making has often resulted in disaster because he cannot reason and choose what might be best. He has always been a "loner" because he is safer and happier that way than with others whose expectations he cannot always meet. He is extremely uncomfortable in social situations and will choose to help set up food, clean the kitchen, whatever will prevent having to react with others. But, after he gets to know someone, he is a warm and caring man who loves to help others...sometimes to a fault. People have learned that they can take advantage of Paul because he will do whatever will assure him of a "friend", although these people don't become friends...just users. He often suppresses his own needs or wants because he wants so much to please others. He tries to meet everyone's expectations, sometimes when they contradict each other and him. He just wants to loved. And this need to be loved and to love, has sometimes resulted in a choice that backfires. He is often misunderstood and his actions misinterpreted and misjudged.

## Today

I believe that Paul is a wonderful man...many others share my opinion: "he is so sweet to everyone", "he is so dependable", "will do anything I ask him to do (fix my computer, mow my lawn, clean my kitchen, rake the leaves, run errands...and on and on)"...friends and family say. He is like the dancing bear: he dances on a ball, juggles oranges, whistles Dixie, dances blindfolded...anything that he thinks will make someone like him. Others' opinions are vital to his self-esteem. He seeks approval from everyone in his family or from employers...but, he can't do what everyone wants and becomes frustrated and stressed, trying to do so. He is just now beginning to develop a sense of self-worth, to trust *his* feelings instead of others' Because he has been so lonely all his life, Paul has become a "dreamer" and fantasizes about what life could be like...or about what an event is going to be like...or how someone is going to think of him. Asperger Syndrome is a portrait of Paul. I am so grateful that Dr. Grannacher has been able to give Paul a name for his disease and the promise that there is treatment and management, even if not cure. We implore you to make an assignment that will provide the resources and support he needs and wants. Paul is open to all that has been revealed to him...he wants to learn about his disease...wants to learn how to manage it...wants to understand and resolve the impulses that cause him to seek friendship, love and meaning...in the wrong places. The computer was safe...he didn't have to relate in the flesh and could build whatever self-description he thought someone wanted. Because of his need, he trusted and believed those who were not what he needed.

As we have researched Asperger Syndrome and abnormal sexual drives, we have learned to understand what makes Paul what he is. We accept the challenge to help him build a new life which will fulfill his desired self-image, relationships built on firmer foundations and reality, his family ties, which have always been strong and dependable, his pursuit of a meaningful occupation, a home of his own where he can find peace and permanence and the ability to build friendships based on mutual understanding and acceptance, not desperate need or fantasy. Paul has, in recent weeks, spoken more and more of his desire to return to Colorado to rebuild his life. He remembers being happy, accepted and understood here...may it prove to be true now. He is a creation of God...however damaged by circumstance and genetic flaw. He deserves to be given a chance to learn to manage his disease, to build a live based on realistic expectations and acceptance of what cannot be changed. He needs professional guidance in these endeavors. We love him...we believe in him...we support him and his efforts to rebuild his life, to accept what has happened, to understand his choices that permitted it to happen, and his longing to put this very painful experience behind him. He has expressed remorse, embarrassment both for himself and his family, shame for the pain and disappointment it has caused and concern for the financial burdens that have resulted for all of us. We have accepted his confessions and his remorse and we forgive him. We will do whatever we can to encourage and support him in his future efforts.

Whether Paul comes to live in Colorado or elsewhere...we want what will give him the best chance to have a purposeful and fulfilling life. Paul loves Colorado and the outdoor lifestyle that is so vital a part of our well-being...to live in God's creation and with his creatures, to try to find employment that will reinforce this need for mountains and space. I hope you will understand my deep hopes for Paul...whether this is his home or elsewhere. There are some fine employment prospects here... the town has quadrupled in size with current building and commercial investments. Loveland is a gentle, loving community of people who find joy in nourishing others and who have that rare gift...the ability to forgive the mistakes of one another. Paul and I have some wonderful shared interests (addictions, if you please!) We are football, basketball, baseball buddies...He hooked me on baseball...I'm trying to hook him on tennis! He loves the mountains and the outdoor lifestyle they offer...my lifelong love, too...a love bred in me by my own parents' love for Colorado. My dad talked constantly about his own dream of living here (we lived in Kansas)...he never felt the courage to do it...they didn't in those days. So, I've done it for him...and for me. When Paul was born amid such stress, unhappiness and pain of lost home and family, I felt that he was to be a very special child in my life. I felt that there was something fine and spiritual about Paul...that he had been given into my care as a gift and as a special spirit to nourish and to teach...I was right! Paul has a deep spiritual faith, loves to read the bible and talk philosophy and ethics...isn't it interesting that one so blessed with all kinds of good qualities can also be tormented by things alien to the spirit? We are learning to understand the human comedy of it all. Please help us give him another chance...he will not disappoint you...and, knowing how tightly Paul bonds to those he loves and trusts...he'll keep you in his special heart among those who understood...and forgave.


Shirley Westwood
4874 Filbert Drive
Loveland, Colorado

Phone: 970-461-1092
e-mail: sawestwood@comcast.net